UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FREDRICK BOLDEN, | ) | CASE NO.  1:22-CV-380 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BRIDGET M. BRENNAN |
| v. | ) | |
| | ) | |
| UNIVERSITY HOSPITALS | ) | |
| CLEVELAND, *et al.*, | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendants. | ) | |

In accordance with the Court's accompanying Memorandum Opinion and Order, this action is dismissed.  The Court further certifies, pursuant to 28 U.S.C. §1915(a)(3), that an appeal from this decision could not be taken in good faith.

BRIDGET M. BRENNAN
U. S. DISTRICT JUDGE

Date: June 6, 2022